**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**TERRY ROCKETTE**                                                            **PLAINTIFF**

**V.**                           **CAUSE NUMBER: 3:25-cv-00180-JDM-RP**

**NORTHWEST MISSISSIPPI COMMUNITY**
**COLLEGE, et al.**                                             **DEFENDANTS**

## FINAL JUDGMENT

For the reasons stated in the Court's Order and Memorandum Opinion issued this day, all claims are hereby **DISMISSED**. This **CASE** is **CLOSED**.

**SO ORDERED**, this the 3rd day of March 2026.

                                                       /s/ James D. Maxwell II
                                                       UNITED STATES DISTRICT JUDGE
                                                       NORTHERN DISTRICT OF MISSISSIPPI